


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT DERNDERIAN, | Case No. CV 03-7102 WJR (PLAx) |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER DATED 10/29/04 |
| vs. | |
| CITY OF LOS ANGELES, CITY OF LOS ANGELES POLICE DEPARTMENT, MELCHOR VERGARA, GUILLERMO AVILA, STAN MORISHIMA, DOES 1 through 10, and ROES 1 through 10, inclusive, | DATE: June 27, 2005<br>TIME: 10:00 AM<br>LOCATION: Courtroom 10<br>JUDGE: Hon. William J. Rea |
| | Trial Date: September 6, 2005 |
| Defendants. | |



1

1  Upon considering the Motion of plaintiff, Shant Dernderian for an order
2  amending this Courts 10/29/04 scheduling order and Good Cause appearing
3  therefor:

5  Plaintiff's Motion is hereby GRANTED and this Court's 10/29/04
6  Scheduling Order is hereby amended to extend the Discovery Cut off date to
7  August 1, 2005 and Motion Cut off date August 8, 2005.

10  Dated: June 24, 2005                    _____
                                             United States District Judge

13  Presented by:

15  Gregory A. Yates
    Law Offices of Gregory A. Yates
16  Attorney for plaintiff

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16830 Ventura Blvd, Suite 250, Encino, California.

On the below date, I served the foregoing documents described as (proposed) ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER DATED 10/29/04, by on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Rockard J. Delgadillo, City Attorney			Attorney for City Defendants
Richard Arias, Deputy City Attorney
1700 City Hall East
200 N. Main Street
Los Angeles, CA 90012

/_X_/  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Beverly Hills, California.

/___/  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the addressee.

/___/  (BY FACSIMILE)  I caused such document to be transmitted by facsimile to the offices of the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2005, at Encino, California.

*Laura Reathaford*
Laura Reathaford